In the Matter of the Claim of CLARENCE WILLIAMS, Respondent, against DUFF DISTRIBUTING COMPANY, et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 28, 1936; decided July 8, 1936.)

*Lawson R. Jones, Paul R. James* and *Frederick S. Benson* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE. Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.